**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| REBECCA SPEIGLE, | ) | 3:10-cv-00664-HDM-RAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PALISADES COLLECTION, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff has filed a notice of settlement [14]. All deadlines in this action are hereby extended thirty (30) days to enable the parties to effect the settlement contemplated under the notice.

**IT IS SO ORDERED.**

DATED: This 21st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

1