**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA M. SPEIGLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PALISADES COLLECTION, INC.,<br><br>　　　　Defendant. | **Case No.:** 3:10-cv-00664-HDM-RAM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: March 2, 2011

_____
United States District Judge